**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 11, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00465-CV

---

## IN RE IRAJ S. JABBARY, et. al., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-41707**

---

## MEMORANDUM OPINION

On June 10, 2016, relators Iraj S. Jabbary, ABC Dentistry Pasadena, PA, ABC Dentistry Old Spanish Trail, PLLC, ABC Dentistry West Orem, PLLC, ABC Dentistry Hillcroft, PLLC, and ABC Dentistry, PA filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also*

Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Sylvia Matthews, presiding judge of the 281st District Court of Harris County, to (1) vacate the May 25, 2016 order setting this case for trial on September 19, 2016, and (2) vacate the May 31, 2016 order rendering judgment on motions for summary judgment.

To obtain mandamus relief, relators must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *See In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the ones seeking relief, relators have the burden of providing this court with a sufficient record to establish their right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).

Relators have not provided this court with a record that establishes their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.